**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT EDWARD MCCARTHY, <br><br> Defendant. | Case No.: 4:26-mj-00018-MCRI <br><br><br> **MOTION FOR DISCOVERY PURSUANT O THE UNITED STATES SENTENCING GUIDELINES** |

Defendant Robert Edward McCarthy, by and through undersigned counsel, hereby requests that the Government produce the following information relevant to determining the Defendant's sentencing guideline range, and, in the alternative, moves the Court for an Order permitting discovery and inspection of the following materials pursuant to the United States Sentencing Commission Guidelines:

1.  Any and all information in the possession and control of the government which may, through the establishment of a "specific offense characteristic," cause either an increase or decrease in the "offense level" applicable to the Defendant's alleged actions above or below the "base offense level" provided in Chapter Two of the Guidelines.

2.  Any and all information in the possession and control of the Government which may, through the establishment of an "adjustment" as described in Chapter Three of the Guidelines, cause either an increase or decrease in the "offense level" applicable to the Defendant's alleged actions above or below the "base offense level" provided in Chapter Two of the Guidelines, specifically in the areas of victim-related adjustments, role in the offense, any alleged obstruction on the part of the Defendant, multiple counts adjustments, and/or the Defendant's acceptance of responsibility.

3.  Any and all information in the possession and control of the Government which may relate to the Defendant's categorization as a career offender, as defined in Chapter Four, Part B, of the Guidelines.

4.  Any and all information in the possession and control of the Government which may show an alleged "pattern of criminal conduct from which the Defendant derived a substantial portion of his income," as defined in Chapter Four, Part B, of the Guidelines.

5.  The Government's calculation of the Defendant's guideline range in the sentencing table found in Chapter Five of the Guidelines.

6.    Any and all information in the possession and control of the Government which may constitute grounds for departure from the Guidelines, either upward or downward, as set out in Chapter Five, Part K, of the Guidelines.

WHEREFORE, the undersigned prays for such Order requiring production of the above-listed material and for that which is just and proper.

**HOPKINS LAW FIRM, LLC**

*s/ William E. Hopkins, Jr.*
William E. Hopkins, Jr. (Fed ID #06075)
bill@hopkinsfirm.com
J. Clay Hopkins (Fed ID #12147)
clay@hopkinsfirm.com
12019 Ocean Highway
Post Office Box 1885
Pawleys Island, South Carolina 29585
(843) 314-4202 – Telephone
(843) 314-9365 – Facsimile

*ATTORNEYS FOR DEFENDANT*

April 14, 2026

Pawleys Island, South Carolina